Diana DANHAUER, Plaintiff—Appellee,

v.

JK TOOLING AND MACHINE, INC., Defendant–Appellant.

No. 00–1736.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 14, 2000.

Filed Jan. 23, 2001.

Before McMILLIAN and MURPHY, Circuit Judges, and BOGUE,[1] District Judge.

PER CURIAM.

JK Tooling, Inc., appeals from the judgment in favor of Diana Danhauer on her Title VII claim and supplemental state law discrimination claim alleging insufficient evidence and error in denial of its motion for judgment as a matter of law.

After a careful examination of the record and with due deference given in favor of the verdict, this Court finds there was sufficient evidence to support the jury's verdict. The district court, therefore, properly denied JK Tooling's motion for judgment as a matter of law. Under Eighth Circuit Rule 47B, no further commentary is warranted.

Accordingly, we affirm.

---

1. The Honorable D. Brook Bartlett, late a United States District Judge for the Western District of Missouri.

1. The Honorable Andrew W. Bogue, Senior United States District Judge for the District of South Dakota, sitting by designation.